UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21060-MC-ALTONAGA/BROWN

LOCUMTENENS.COM, LLC

    Plaintiff,

v.

ANDREW RUDNICK d/b/a
SLEEK MED SPA & SURGICAL

    Defendant.
_____/

## WRIT OF GARNISHMENT

TO THE UNITED STATE MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA OR ANY PROCESS SERVER AUTHORIZED TO SERVE PROCESS IN FLORIDA:

You are commanded to serve this Writ of Garnishment upon:

**WELLS FARGO BANK**
980 North Federal Highway
Boca Raton, Florida 33432
Tel:   (561) 393-3449

as Garnishee herein, who is hereby directed to serve upon the above-named Plaintiff's attorney, Joel B. Blumberg, Esquire, whose address is 200 Butler Street, Suite 307, West Palm Beach, Florida 33407, an Answer, and file the original Answer in the office of the Clerk of the Southern District of Florida, to this Writ of Garnishment within TWENTY (20) DAYS after service thereof, and in said Answer to state, on oath, whether you, the said Garnishee, are at the time of your answer indebted to the Defendant, **ANDREW RUDNICK, D.O.B. 4/4/1964 and SS# 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.,** or were indebted to said Defendant at the time of service upon you of this

1

Writ, or at any time between such periods, and in what sum or sums and what goods, money, chattels, wages, salary, compensation, or effects of said Defendant you have at the time of your Answer in your hands, possession or control, or that you had at the time of service upon you of this Writ, or at any time between such periods, and whether you know of any person indebted to said Defendant, or may have any of the effects of said Defendant in its hands.

HEREIN FAIL NOT.

Plaintiff expects to recover of or from the Defendant the sum of $106,806.16, plus post judgment interest at the statutory rate.

Witness my hand and self of this Court on ___July 12, 2011___.

As Clerk of Said Court

**Steven M. Larimore**

By: ___BLANCHARD___
as Deputy Clerk

2